UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. (ENGR) IZEH MATTEW, Master in Systems Engineer, Phd, a/k/a Matthew Izeh,<br><br>                              Plaintiff,<br><br>-against-<br><br>LOT EGOPIJA, Consul General Nigeria Embassy New York, NY,<br><br>                              Defendant. | 23-CV-3221 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 7, 2023
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                Chief United States District Judge