UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. (ENGR) IZEH MATTEW, Master in Systems Engineer, Phd, a/k/a Matthew Izeh,

                Plaintiff,

-against-

LOT EGOPIJA, Consul General Nigeria Embassy New York, NY,

                Defendant.

23-CV-3221 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated June 7, 2023, the Court dismissed this action without prejudice because Plaintiff did not pay the filing fees or submit an *in forma pauperis* ("IFP") application requesting that the fees be waived. (ECF 4.) On June 23, 2023, the Court received an IFP application, but it does not appear to be for this action because Plaintiff includes different defendants in the caption of the IFP application: "Chief of Fire Department" and "Commissioner of Police." (ECF 6.) Plaintiff brings this action against Lot Egopija, the Consul General of Nigeria.

      Plaintiff also does not file a motion for reconsideration,[1] asking the Court to vacate the June 7, 2023, order of dismissal.

      Should Plaintiff seek to pursue relief in this action against Lot Egopija, he must file an IFP application captioned for this action and request that the Court reconsider its decision to

---

[1] Plaintiff may move for reconsideration under Rule 59(e) or Rule 60(b) of the Federal Rules of Civil Procedure.

dismiss this action.

SO ORDERED.

Dated:   June 26, 2023
        New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge